CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 9 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ROMANIA PETER CUNNINGHAM, | ) | |
| Petitioner, | ) | Civil Action No. 7:05-CV-00452 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| B.A. BLEDSOE, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion pursuant to 28 U.S.C. § 2255, shall be and hereby is **FILED** and **DISMISSED** without prejudice; because there is no filing fee associated with a motion under 28 U.S.C. § 2255, petitioner's motion to proceed in forma pauperis shall be and hereby is **DENIED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondents.

**ENTER**: This _____ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE